IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BENNY J. BLANN                                                                                  PLAINTIFF

VS.                                              CASE NO. 06-CV-1070

CENTRAL BENEFITS MUTUAL
INSURANCE COMPANY                                                                          DEFENDANT

## ORDER

    Before the Court is a Motion to Dismiss filed on behalf of the Defendant Central Mutual Insurance Company. (Doc. No. 2). Counsel for the Defendant states that the Plaintiff does not object to the dismissal. Upon consideration, the Court finds that the motion should be and hereby is **granted**. The above styled and numbered case is hereby dismissed with prejudice.

    IT IS SO ORDERED, this 14th day of August, 2006.

                                                        /s/Harry F. Barnes
                                                    Hon. Harry F. Barnes
                                                    United States District Judge